IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

MAY 02 ~~~

Clerk, U.S. District Cour;
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 17–18–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SHANE MICHAEL COURTNEY, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A Preliminary Order of Forfeiture was entered on February 27, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924.

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The motion for Final Order of Forfeiture is GRANTED and Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a) free from the claims of any other party:

1) Gigabyte System Unit, s/n 4112RTL1036040, and
2) Hitachi 124 GB external hard disk drive, s/n G4CSG4LL.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 3rd day of May, 2018.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court