IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-18-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| SHANE MICHEAL COURTNEY, | |
| Defendant. | |

Defendant Shane Michael Courtney has filed an unopposed motion to reset his initial appearance scheduled for June 12, 2025 in Missoula, Montana. (Doc. 66). Defendant requests to appear instead in Great Falls, Montana. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's unopposed motion is GRANTED. Defendant's initial appearance is hereby RESET for 1:30 p.m. on June 12, 2025 at the Missouri River Federal Courthouse in Great Falls, Montana.

DATED this 9th day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge