IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–18–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SHANE MICHAEL COURTNEY, | |
| Defendant. | |

United States Probation Officer Annie Bambenek ("PO Bambenek") has been subpoenaed to provide testimony on behalf of Defendant Shane Michael Courtney in an unrelated state court matter, *In re the Parenting of L.G.C., Q.M.C., and A.M.C.*, DR 17-13661, Montana Fifth Judicial District Court, Beaverhead County. PO Bambenak is currently Mr. Courtney's supervising probation officer. She commenced her supervision of Mr. Courtney on March 10, 2023. PO Bambenak has and continues to rely on information contained in Mr. Courtney's PSR in her role as his supervisor. Any testimony she might give in response to the subpoena would be derived in whole or in part from the contents of the PSR, and solely in her capacity as a United States Probation Officer for the District of Montana.

1

As an initial matter, because PO Bambenek is employed by the United States District Court for the District of Montana, and lives and regularly conducts business in Great Falls, Montana, this Court has jurisdiction to quash the subpoena. *See* Fed. R. Civ. P. 45(d)(3).[1] Furthermore, pursuant to 18 U.S.C. § 3602, United States Probation officers serve as subordinate agents of the district courts that employ them. Presentence reports and probation information are prepared on behalf of the court, and it is ultimately up to the court to determine whether such materials should be disclosed or held confidential. *United States v. Charmer Industries Inc.*, 711 F.2d 1164 (2nd Cir. 1983). Here, the subpoena would subject PO Bambenek to cross examination in an unrelated custody matter about highly sensitive and confidential information contained in the PSR; on balance, the Court concludes that the subpoena must be quashed.

Accordingly, IT IS ORDERED that the March 24, 2026, subpoena issued to Annie Bambenek in *In re the Parenting of L.G.C., Q.M.C., and A.M.C*, DR 17-13661, Montana Fifth Judicial District Court, Beaverhead County, is hereby QUASHED.

---

[1] It is also unclear whether Beaverhead County has jurisdiction over PO Bambenek, whose residence in Great Falls is over 100 miles from Dillon, Montana.

DATED this 1st day of April, 2026.

Dana L. Christensen, District Judge
United States District Court